UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.

TWENTY-SIX (26) ASSORTED FIREARMS;
ASSORTED HANDGUN AND RIFLE
MAGAZINES; ASSORTED AMMUNITION;
AND ASSORTED SHOOTING EQUIPMENT,

        Defendants *in Rem*.
_____/

Civil No. 2:12-cv-14388
Honorable Victoria A. Roberts
Magistrate Judge R. Steven Whalen

## DEFAULT JUDGMENT AND FINAL ORDER OF FORFEITURE

This matter having come before the Court on Plaintiff's Motion for Entry of Default Judgment and Final Order of Forfeiture, and the Court being fully advised in the premises, it is

**ORDERED, ADJUDGED and DECREED THAT:**

1. Plaintiff's Motion for Entry of Default Judgment and Final Order of Forfeiture Against All Interested Parties is **GRANTED**.

2. The Defendants *in Rem*, Twenty-Six (26) Assorted Firearms; Assorted Handgun and Rifle Magazines, Assorted Ammunition and Assorted Shooting Equipment, with CATS ID 11-DEA-572610, are hereby **FORFEITED** to the United States of America pursuant to 21 U.S.C. § 881(a)(6).

3. The right, title, and ownership interest of Malik Muhammad, Nicole Waymer and Daniel Morden, or their successors and assignees to said interests, in the Defendant Twenty-Six (26) Assorted Firearms; Assorted Handgun and Rifle Magazines, Assorted Ammunition and Assorted Shooting Equipment, and any right, title and interest of all other persons,

hereby and forever **EXTINGUISHED**, and clear title to the Defendant Twenty-Six (26) Assorted Firearms; Assorted Handgun and Rifle Magazines, Assorted Ammunition and Assorted Shooting Equipment is hereby **VESTED** in the United States of America.

4. The United States Marshals Service, or its delegate, is hereby **AUTHORIZED** to dispose of the Defendant Twenty-Six (26) Assorted Firearms; Assorted Handgun and Rifle Magazines, Assorted Ammunition and Assorted Shooting Equipment (CATS ID 11-DEA-572610) in accordance with law.

S/Victoria A. Roberts
HONORABLE VICTORIA A. ROBERTS
United States District Judge

Dated:  May 7, 2013